IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH A. SUNDERMEYER,

    Plaintiff,

  v.

Case No. 19-cv-502-bbc

KELLY KUTINA, KIEL K. BURNSTAD, CUNNINGHAM, ALLEN E. REYNOLDS, J. BILLS, R. SHALLOCK, LINDA FAIT, CHRISTOPHER BAKER, KARL I. HENRICHSEN, LARRY W. FUCHS, TIMOTHY J. THOMAS, SHANNON WILSON, EMILIE WENTWORTH-KASTEN, MICHAEL J. KASTEN, KYLE E. ESLINGER, JASON ACHTERBERG, HEIDI MELLENBERGER, KIMBERLY BETZHOLD and KEVIN WEINSHORTT,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

   /s/                                          8/30/2019
Peter Oppeneer, Clerk of Court                Date