IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
FILED

2019 SEP -9 PM 12: 02

CLERK US DIST
WD

JOSEPH A. SUNDERMEYER,

    Plaintiff-Appellant,

VS.

Case No: 19-CV-502-bbc

KELLY J. KUTINA, et al,

    Defendants-Appellees,

## NOTICE OF APPEAL

TO: Clerk Of Court
    United States District Court For The
    Western District Of Wisconsin
    120 North, Henry Street
    Madison, Wisconsin, 53703

    Clerk Of Court
    United States Court Of Appeals
    For The Seventh Circuit
    219 South, Dearborn Street
    Chicago, IL, 60604

    PLEASE TAKE NOTICE, that the Plaintiff-Appellant, Joseph A. Sundermeyer "Sunder--meyer" hereafter, appeals to the United States Court Of Appeals For The Seventh Circuit of the final decision and judgment to dismiss the above-entitled case on grounds he failed to STATE A CLAIM, entered on August 30, 2019, in the United States District Court For The Western District Of Wisconsin, by the Hon. Barbara B. Crabb, presiding.

Dated ~~August 30, 2019~~ September 3, 2019.

Respectfully Submitted By:

_Joseph A. Sundermeyer_, signed.
Joseph A. Sundermeyer #297836
Plaintiff-Appellant (PRO-SE)
Stanley Correctional Institution
100 Corrections Drive
Stanley, Wisconsin, 54768-6500